## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 31900

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/24/2015 11:13:52 AM
CATHY S. LUSK
Clerk

| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | * | ANDERSON COUNTY, TEXAS |
| CHRISTOPHER RAY OLIVAREZ | * | 3RD JUDICIAL DISTRICT |

**The records in my office reflect the following information in this case:**

CASE TYPE: MAN DEL CS PG 1 More than 1gram and less than 4 grams

JUDGMENT OR APPEALABLE ORDER SIGNED: 03.18.2015

MOTION FOR NEW TRIAL FILED: 04.17.2015

NOTICE OF APPEAL FILED: 04.17.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: 04.17.2015

PRESIDING TRIAL COURT JUDGE: BASCOM W. BENTLEY III

TRIAL COURT REPORTER(S): NANCY ADAMS

WAS APPELLANT DECCLARED INDIGENT?          YES:   X          NO:

APPELLANT'S COUNSEL IS:     RETAINED:          APPOINTED: X   PRO SE:

APPELLANT'S          ATTORNEY:  COLLIN D. MCFALL
                     ADDRESS:   513 North Church Street
                                Palestine, TX. 75801
                     TELEPHONE: (903) 723-1923
                     FAX:       (903) 723-0269
                     STATE BAR CARD NO.: 24027498

APPELLEE'S     ATTORNEY: ALLYSON MITCHELL, Dist. Atty.
                ADDRESS:   500 N. Church St.
                              PALESTINE, TEXAS 75801
                TELEPHONE: 903-723-7400
                STATE BAR CARD NO.: 24026884
                EMAIL:       amitchell@co.anderson.tx.us

DATED THIS 24TH DAY OF APRIL, 2015.

JANICE STAPLES
DISTRICT CLERK


BY: _____
Becky Brewster, DEPUTY

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

FILED FOR RECORD

At 3:12 o'clock p.m.

MAR 1 8 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.



CASE No. 31900
INCIDENT NO./TRN: 9213724136

THE STATE OF TEXAS § IN THE 3RD JUDICIAL DISTRICT

§

V. § COURT

§

CHRISTOPHER RAY OLIVAREZ § ANDERSON COUNTY, TEXAS

§

STATE ID No.: TX08324524 §

# JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Bascom W. Bentlery** | Date Judgment Entered: | **3/18/2015** |
| Attorney for State: | **Scott Holden** | Attorney for Defendant: | **Colin McFall** |

Offense for which Defendant Convicted:

**MAN DEL CS PG 1 More than 1 gram and less than 4 grams**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **481.112(a)(c) HSC** |

Date of Offense:

**July 05, 2014**

| Degree of Offense: | Plea to Offense: |
|---|---|
| **2ND DEGREE FELONY ENHANCED TO 1ST** | **GUILTY** |
| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **N/A** |

| Plea to 1st Enhancement Paragraph: | **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| **JURY** | **3/18/2015** | **3/18/2015** |

| Punishment and Place of Confinement: | **25 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN <b>CONCURRENTLY.</b>

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ **364.00** | $ **N/A** | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From **7/5/2014** to **3/18/2015** | From | to | From | to |
|---|---|---|---|---|---|
| | From | to | From | to | From | to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS** NOTES: **N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Anderson** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division**. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the District Clerk of Anderson County. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment**. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment**. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the _____ County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on 3/18/15

X _Bascom W. Bentley_
**Bascom W. Bentley**
JUDGE PRESIDING

3 - 18 - 15

Clerk _Janice S. Staples_

Right Thumbprint

Christopher Ray Olivarez

FILED FOR RECORD

At 3:26 o'clock PM

APR 17 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

CAUSE NUMBER 31,900

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | THIRD DISTRICT COURT |
| | § | |
| CHRISTOPHER RAY OLIVAREZ | § | ANDERSON COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Christopher Ray Olivarez, by and through Colin D. McFall, Attorney of Record, in the above numbered and styled cause, pursuant to *Rule 25.2*, Texas Rules of Appellate Procedure and *Rule 26.2*, Texas Rules of Appellate Procedure, and files the instant Notice of Appeal.

I.

The Defendant is the party filing the instant Notice of Appeal.

II.

The Defendant desires to appeal the Jury's finding of guilt and sentence, pronounced on or about the 18th day of March 2015.

III.

The Trial Court is the Third Judicial District Court of Anderson County, Texas. The cause number and style of Appellant's case are: Cause Number 31,900, The State of Texas vs. Christopher Ray Olivarez.

IV.

Appeal is taken to the Twelfth Court of Appeals of Texas.

V.

The instant appeal is not accelerated.

VI.

WHEREFORE, PREMISES CONSIDERED, Defendant Christopher Ray Olivarez prays the Court recognize the instant Notice of Appeal.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number:    24027498

Attorney at Law
513 North Church Street
Palestine, Texas 75801-2962
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email: cmcfall@mcfall-law-office.com

## CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Defendant, hereby certify service of a true and correct copy of the above and foregoing document upon Assistant Criminal District Attorney Scott Holden, at sholden@co.anderson.tx.us, by email, on the 17th day of April 2015.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number:    24027498

Attorney at Law
513 North Church Street
Palestine, Texas 75801-2962
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email: cmcfall@mcfall-law-office.com